AO 440 (Rev. 8/01) Summons in a Civil Action

# DISTRICT COURT OF GUAM

BANK OF GUAM

**SUMMONS IN A CIVIL CASE**

V.

BANK OF HAWAII

CASE NUMBER: **07-00007**

TO: (Name and address of Defendant)
BANK OF HAWAII
134 WEST SOLEDAD AVENUE
HAGATNA, GUAM 96910

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ANITA P. ARRIOLA, ESQ.
ARRIOLA, COWAN & ARRIOLA
C&A PROFESSIONAL BUILDING
259 MARTYR STREET, SUITE 201
HAGATNA, GUAM 96910

an answer to the complaint which is served on you with this summons, within  TWENTY (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

APR 11 2007

CLERK

(By) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE APRIL 11, 2007 |
| NAME OF SERVER *(PRINT)* DANIEL T. MUNA | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

    ☐ Served personally upon the defendant. Place where served:    Bank of Guam, 134 West Soledad Ave. Hagatna, Gu

    ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

    ☐ Returned unexecuted: _____

    ☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date                    *Signature of Server*

                                  ARRIOLA, COWAN & ARRIOLA
                                  259 MARTYR STREET, SUITE 201
                                  HAGATNA, GUAM 96910
                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.