AO 440 (Rev. 8/01) Summons in a Civil Action

# DISTRICT COURT OF GUAM

BANK OF GUAM

V.

BANK OF HAWAII

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-00007

TO: (Name and address of Defendant)
BANK OF HAWAII
134 WEST SOLEDAD AVENUE
HAGATNA, GUAM 96910

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ANITA P. ARRIOLA, ESQ.
ARRIOLA, COWAN & ARRIOLA
C&A PROFESSIONAL BUILDING
259 MARTYR STREET, SUITE 201
HAGATNA, GUAM 96910

ACKNOWLEDGED RECEIPT
Sign: Anthony P. Arriola
Print: Arriola, Cowan & Arriola
Date: 16 Apr '07

an answer to the complaint which is served on you with this summons, within ___TWENTY (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran

APR 16 2007

CLERK

DATE

/s/ Marilyn B. Alcon

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  APRIL 16, 2007 |
| NAME OF SERVER *(PRINT)*  DANIEL T. MUNA | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

      Served personally upon the defendant. Place where served:   Bank of Hawaii, 134 West Soledad Ave. Hagatna, Gu

      Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

      Name of person with whom the summons and complaint were left:   Mr. Brian Bliss, Assistant Corporate

      Returned unexecuted:   Banking Manager, Vice President, 3rd Floor

      Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                Date                 *Signature of Server*

ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
HAGATNA, GUAM 96910

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.