# DISTRICT COURT OF GUAM

BANK OF GUAM

V.

BANK OF HAWAII

SUMMONS IN A CIVIL CASE

CASE NUMBER: 07-00007

**FILED**
DISTRICT COURT OF GUAM

APR 16 2007

MARY L.M. MORAN
CLERK OF COURT

TO: (Name and address of Defendant)
BANK OF HAWAII
134 WEST SOLEDAD AVENUE
HAGATNA, GUAM 96910

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ANITA P. ARRIOLA, ESQ.
ARRIOLA, COWAN & ARRIOLA
C&A PROFESSIONAL BUILDING
259 MARTYR STREET, SUITE 201
HAGATNA, GUAM 96910

an answer to the complaint which is served on you with this summons, within _TWENTY (20)_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran

CLERK

(By) DEPUTY CLERK

APR 16 2007

DATE

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE APRIL 16, 2007 |
| NAME OF SERVER *(PRINT)* DANIEL T. MUNA | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Bank of Hawaii, 134 West Soledad Ave. Hagatna, Gu

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Mr. Brian Bliss, Assistant Corporate

☐ Returned unexecuted: Banking Manager, Vice President, 3rd Floor

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  16 APR 07         *[signature]*
              Date              Signature of Server

ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
HAGATNA, GUAM 96910

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.