CARLSMITH BALL LLP

ELYZE J. MCDONALD
MEREDITH M. SAYRE
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813
Fax No. 671.477.4375

Attorneys for Defendant
BANK OF HAWAII



IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| BANK OF GUAM, a Guam banking corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>BANK OF HAWAII, a Hawaii banking corporation,<br><br>          Defendant. | CIVIL CASE NO. 07-00007<br><br>**AGREEMENT OF HEARING DATE ON DEFENDANT BANK OF HAWAII'S MOTION TO DISMISS OR STAY COMPLAINT, OR IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE; DECLARATION OF SERVICE** |

Pursuant to District Court of Guam Local Rules of Practice LR 7.1, the parties hereby acknowledge the following:

    1.    I, Meredith M. Sayre, am one of the Attorneys for Defendant Bank of Hawaii ("Defendant") in this matter.

    2.    The Attorney for Plaintiff Bank of Guam ("Plaintiff") is Anita P. Arriola, Esq.

    3.    We have contacted the Attorney for Plaintiff to agree upon a date for oral argument of Defendant's Motion to Dismiss or Stay Complaint, or in the Alternative, Motion to Transfer Venue.



4. We agreed upon the following date: **August 10, 2007 at 9:30 a.m.**.

5. My Secretary June Borja called a Deputy Clerk of Court, Ms. Renee Martinez, to ensure that the Court is available on the above date and she confirmed.

DATED: Hagåtña, Guam, May 3, 2007.

CARLSMITH BALL LLP

_____
ELYZE J. MCDONALD
MEREDITH M. SAYRE
Attorneys for Defendant
BANK OF HAWAII

## DECLARATION OF SERVICE

I, Meredith M. Sayre, hereby declare under penalty of perjury of the laws of the United States, that on May 3, 2007, I will cause to be served, via hand delivery, a true and correct copy of AGREEMENT OF HEARING DATE ON DEFENDANT BANK OF HAWAII'S MOTION TO DISMISS OR STAY COMPLAINT, OR IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE; DECLARATION OF SERVICE upon Plaintiff's counsel of record as follows:

> ANITA P. ARRIOLA, ESQ.
> JOAQUIN C. ARRIOLA, ESQ.
> MARK E. COWAN, ESQ.
> Arriola, Cowan & Arriola
> 259 Martyr Street, Suite 201
> Hagåtña, Guam 96910
>
> Attorneys for Plaintiff
> BANK OF GUAM

Executed this 3rd day of May, 2007 at Hagåtña, Guam.

_____
MEREDITH M. SAYRE