CARLSMITH BALL LLP

ELYZE J. MCDONALD
MEREDITH M. SAYRE
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813
Fax No. 671.477.4375

Attorneys for Defendant
BANK OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| BANK OF GUAM, a Guam banking corporation,<br><br>        Plaintiff,<br><br>  vs.<br><br>BANK OF HAWAII, a Hawaii banking corporation,<br><br>        Defendant. | CIVIL CASE NO. 07-00007<br><br><br><br>**ORDER GRANTING REQUEST TO FILE FACSIMILE FILING** |

      The Court hereby **GRANTS** Defendant Bank of Hawaii's Request to File Facsimile Filings with regard to the Declaration of Sharon On Leng and the Declaration of Brian S. Ishikawa.

      **SO ORDERED**



/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: May 04, 2007**

4840-9199-0785.1.010028-02707