

**FILED**
DISTRICT COURT OF GUAM
MAY -4 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| BANK OF GUAM, a Guam banking corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BANK OF HAWAII, a Hawaii banking corporation,<br><br>　　　　Defendant. | CIVIL CASE NO. 07-00007<br><br>DECLARATION OF SHARON ON LENG |

### DECLARATION OF SHARON ON LENG

I, SHARON ON LENG, hereby declare the following:

1. I am a Vice President and Senior Counsel of Defendant Bank of Hawaii.

2. I make this declaration of my own personal knowledge and am competent to testify to the matters contained herein.

3. At no time leading up to the filing of this action did Plaintiff threaten to file suit against Bank of Hawaii.

4. At no time did Bank of Hawaii change its position or attempt to mislead Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of April, 2007 at Honolulu, Hawaii.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　SHARON ON LENG

**ORIGINAL**