CARLSMITH BALL LLP

ELYZE J. MCDONALD
MEREDITH M. SAYRE
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813
Fax No. 671.477.4375



FILED
DISTRICT COURT OF GUAM

MAY - 4 2007

MARY L.M. MORAN
CLERK OF COURT

Attorneys for Defendant
Bank of Hawaii

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| BANK OF GUAM, a Guam banking corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>BANK OF HAWAII, a Hawaii banking corporation,<br><br>      Defendant. | CIVIL CASE NO. 07-00007<br><br><br>**SUBMISSION OF ORIGINAL SIGNATURE PAGES OF THE DECLARATION OF SHARON ON LENG AND BRIAN ISHIKAWA; DECLARATION OF SERVICE** |

Filed concurrently herewith are the original documents and signature pages of the Declaration of Sharon On Leng and Brian S. Ishikawa, which were filed via facsimile on May 1, 2007 as Exhibit "A" and "B" of Defendant's Motion to Dismiss or Stay Complaint, or in the Alternative, Motion to Transfer Venue.

DATED: Hagåtña, Guam, May 4, 2007.

CARLSMITH BALL LLP

_____
ELYZE J. MCDONALD
MEREDITH M. SAYRE
Attorneys for Defendant
Bank of Hawaii

Page 1 of 2

4829-4491-4433.1.010028-02707

ORIGINAL

## DECLARATION OF SERVICE

I, Meredith M. Sayre, hereby declare under penalty of perjury of the laws of the United States, that on May 4, 2007, I will cause to be served, via hand delivery, a true and correct copy of SUBMISSION OF ORIGINAL SIGNATURE PAGES OF THE DECLARATION OF SHARON ON LENG AND BRIAN ISHIKAWA; DECLARATION OF SERVICE upon Plaintiff's counsel of record as follows:

> ANITA P. ARRIOLA, ESQ.
> JOAQUIN C. ARRIOLA, ESQ.
> MARK E. COWAN, ESQ.
> Arriola, Cowan & Arriola
> 259 Martyr Street, Suite 201
> Hagåtña, Guam 96910
>
> Attorneys for Plaintiff
> BANK OF GUAM

Executed this 4th day of May, 2007 at Hagåtña, Guam.

_____
MEREDITH M. SAYRE

4829-4491-4433.1.010028-02707