CARLSMITH BALL LLP

ELYZE J. MCDONALD
MEREDITH M. SAYRE
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813
Fax No. 671.477.4375

Attorneys for Defendant
Bank of Hawaii



**FILED**
DISTRICT COURT OF GUAM

MAY - 4 2007

MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| BANK OF GUAM, a Guam banking corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF HAWAII, a Hawaii banking corporation,<br><br>Defendant. | CIVIL CASE NO. 07-00007<br><br>**DECLARATION OF SERVICE** |

I, Meredith M. Sayre, hereby declare under penalty of perjury of the laws of the United States, that on May 4, 2007, I will cause to be served, via hand delivery, a true and correct copy of the following documents filed May 4, 2007:

1. DECLARATION OF SHARON ON LENG;

2. DECLARATION OF BRIAN S. ISHIKAWA;

upon Plaintiff's counsel of record as follows:

>ANITA P. ARRIOLA, ESQ.
>JOAQUIN C. ARRIOLA, ESQ.
>MARK E. COWAN, ESQ.
>Arriola, Cowan & Arriola
>259 Martyr Street, Suite 201
>Hagåtña, Guam 96910

Executed this 4th day of May, 2007 at Hagåtña, Guam.

CARLSMITH BALL LLP

*/s/ M. Sayre*
MEREDITH M. SAYRE
Attorneys for Defendant
Bank of Hawaii

Page 2 of 2
4837-5022-0801.1.010028-02707
Case 1:07-cv-00007  Document 13  Filed 05/04/2007  Page 2 of 2