CARLSMITH BALL LLP

ELYZE J. MCDONALD
MEREDITH M. SAYRE
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813
Fax No. 671.477.4375

Attorneys for Defendant
BANK OF HAWAII

**FILED**
DISTRICT COURT OF GUAM
MAY 29 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| BANK OF GUAM, a Guam banking corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF HAWAII, a Hawaii banking corporation,<br><br>Defendant. | CIVIL CASE NO. 07-00007<br><br>**APPLICATION OF KATHERINE G. LEONARD TO APPEAR PRO HAC VICE; EXHIBIT 1; WRITTEN CONSENT OF ASSOCIATED LOCAL COUNSEL; DECLARATION OF SERVICE** |

## APPLICATION OF KATHERINE G. LEONARD TO APPEAR PRO HAC VICE

Katherine G. Leonard, Esq., attorney for Defendant Bank of Hawaii, and hereby applies to this Honorable Court for permission to appear and participate in this case *pro hac vice*. This application is made pursuant to GR 17.1, Local Rules of the District Court of Guam. Applicant submits the following information as required by Rule GR 17.1(d) and (e), and is based upon the following:



1. Applicant's residence is:

Katherine G. Leonard
3061 Pacific Heights Rd.
Honolulu, HI 96813

2. Applicant's business address is and contact information:

Katherine G. Leonard, Esq.
Carlsmith Ball LLP
1001 Bishop Street, ASB Tower, Suite 2200
Honolulu, Hawaii, 96813
Telephone: (808) 523-2500
Facsimile: (808) 523-0842
Email: kleonard@carlsmith.com

3. Applicant has been admitted to practice in the following courts as of the dates of admission set forth:

| Court | Date of Admission |
|---|---|
| Supreme Court of Hawai'i | 10/30/91 to Present |
| United States District Court, District of Hawai'i | 10/30/91 to Present |
| Ninth Circuit Court of Appeals | 03/02/99 to Present |
| United States Supreme Court | 06/10/02 to Present |

4. Applicant is in good standing and eligible to practice in the above-referenced courts. *See* Exhibit 1. Applicant is not currently suspended or disbarred in any court. Applicant is of good moral character.

5. Applicant has not previously applied to this Court for *pro hac vice* admission.

6. Applicant has represented Bank of Hawaii in numerous cases over the last fifteen years and been retained by Bank of Hawaii to provide counsel and advice with respect to

the above-captioned matter. Applicant's participation in the pretrial matters and the trial of this case is essential to the adequate and proper representation of Bank of Hawaii.

7. I hereby designate Meredith M. Sayre, Esq., of Carlsmith Ball LLP, Bank of Hawaii Bldg., Suite 401, 134 West Soledad Ave., Hagåtña, Guam 96932, as associated local counsel in this matter, in accordance with GR 17.1(d) & (e). Ms. Sayre's written consent to act as associated local counsel is attached.

8. Applicant respectfully requests approval of her application for this limited purpose of appearing in this particular case.

WHEREFORE, I declare under penalty of perjury under the laws of the United States and the Territory of Guam that the foregoing is true and correct to the best of my belief and that this declaration was signed on May 24, 2007, in Honolulu, Hawaii.

DATED: Honolulu, Hawaii, May 24, 2007.

_____
KATHERINE G. LEONARD

# IN THE SUPREME COURT OF HAWAI'I,

In the Matter of

**KATHERINE GRACE LEONARD**
Attorney at Law.

## CERTIFICATE OF QUALIFICATION

I, Evelyn M. Rimando, clerk of the Supreme Court of the State of Hawai'i, do hereby certify that KATHERINE GRACE LEONARD is an attorney and was admitted to practice as an attorney, counselor and solicitor in all the courts of the State of Hawai'i on October 30, 1991; is at present an active member of the bar of Hawai'i, in good standing, and has never been suspended for misconduct.

DATED: Honolulu, Hawai'i, May 24, 2007.

Clerk, Supreme Court of Hawai'i.

**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| BANK OF GUAM, a Guam banking corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BANK OF HAWAII, a Hawaii banking corporation,<br><br>　　　　　Defendant. | CIVIL CASE NO. 07-00007<br><br>**WRITTEN CONSENT OF ASSOCIATED LOCAL COUNSEL** |

**WRITTEN CONSENT OF ASSOCIATED LOCAL COUNSEL**

The undersigned, Meredith M. Sayre, Esq., of Carlsmith Ball LLP, Bank of Hawaii Bldg., Suite 401, 134 West Soledad Avenue, P.O. Box BF, Hagåtña, Guam 96932-5027, telephone number: (671) 472-6813, facsimile number: (671) 477-4375, hereby consents to act as associated local counsel for Bank of Hawaii in the above entitled case in accordance with Rule GR 17.1(d) and (e).

Executed this 29th day of May, 2007 at Hagåtña, Guam.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　MEREDITH M. SAYRE

## DECLARATION OF SERVICE

I, Meredith M. Sayre, Esq., hereby declare under penalty of perjury of the laws of the United States, that on ___May 29___, 2007, I caused to be served, via hand delivery, a true and correct copy of the APPLICATION OF KATHERINE G. LEONARD TO APPEAR PRO HAC VICE; WRITTEN CONSENT OF ASSOCIATED LOCAL COUNSEL; DECLARATION OF SERVICE upon Plaintiff's counsel of record as follows:

> ANITA P. ARRIOLA, ESQ.
> JOAQUIN C. ARRIOLA, ESQ.
> MARK E. COWAN, ESQ.
> Arriola, Cowan & Arriola
> 259 Martyr Street, Suite 201
> Hagåtña, Guam 96910
>
> Attorneys for Plaintiff

Executed this __29th__ day of __May__, 2007 at Hagåtña, Guam.

_____
CARLSMITH BALL LLP
MEREDITH M. SAYRE
ELYZE J. MCDONALD

Attorneys for Defendant
BANK OF HAWAII