CARLSMITH BALL LLP

ELYZE J. MCDONALD
MEREDITH M. SAYRE
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813
Fax No. 671.477.4375

Attorneys for Defendant
BANK OF HAWAII

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| BANK OF GUAM,<br>a Guam banking corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>BANK OF HAWAII,<br>a Hawaii banking corporation,<br><br>            Defendant. | CIVIL CASE NO. 07-00007<br><br><br>**ORDER**<br><br>**Granting *Pro Hac Vice* Application<br>of Katherine G. Leonard** |

**ORDER GRANTING APPLICATION OF
<u>KATHERINE G. LEONARD TO APPEAR PRO HAC VICE</u>**

The Court has considered the Application of Katherine G. Leonard, Esq., to appear *pro hac vice* in this action together with Written Consent of Meredith M. Sayre, Esq., as Associated Local Counsel, in support of the Application filed on May 29, 2007.

The Application and the supporting Written Consent comply with the requirements of GR 17.1 (d) & (e), Local Rules of the District Court of Guam, and demonstrate that the Application has merit, that there is good cause for granting it and that granting the Application would be in

the interests of justice.  Accordingly, the Court hereby GRANTS the Application of Katherine G.

Leonard to Appear Pro Hac Vice in this case.

      IT IS SO ORDERED.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: May 30, 2007**