# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| BANK OF GUAM, <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF HAWAII, <br><br> Defendant. | CIVIL CASE NO. 07-00007 <br><br><br><br> ORDER |

On July 10, 2007, this case came before the below-signed Magistrate Judge for a scheduling conference. At said conference, the below-signed Magistrate Judge advised the parties that he had a conflict of interest and must disqualify himself from the above proceeding, pursuant to 28 U.S.C. § 455(b)(4) and (e). Accordingly, after consulting with the Chief Judge, the scheduling conference herein is hereby continued to Thursday, July 12, 2007, at 10:30 a.m.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Jul 10, 2007