Bank of Guam v. Bank of Hawaii, Civil Case No. 07-00007
Minutes re Scheduling Conference (July 10, 2007)

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| BANK OF GUAM,<br><br>    Plaintiff,<br><br>  vs.<br><br>BANK OF HAWAII,<br><br>    Defendant. | Civil Case No. 07-00007<br><br>**MINUTES** |

(√) SCHEDULING CONFERENCE        ( ) PRELIMINARY PRETRIAL CONFERENCE
    (July 10, 2007, at 10:06 a.m.)

( ) FINAL PRETRIAL CONFERENCE    ( ) STATUS CONFERENCE

**Notes**: Representing the Plaintiff were attorneys Anita Arriola and Mark Cowan. Appearing on behalf of Defendant were attorneys Elyze McDonald and Meredith Sayre. Judge Manibusan advised the parties that a conflict of interest was present, and pursuant to 28 U.S.C. § 455(b)(4) it was mandatory that he disqualify himself from hearing the matter.

Judge Manibusan indicated that the matter would need to be rescheduled before the District Court Judge and that the court would issue a written order regarding the disqualification. Thereafter, the conference was tentatively rescheduled for Thursday, July 12, 2007 at 10:30 a.m. subject to the approval of Judge Tydingco-Gatewood.

The conference concluded at 10:18 a.m.

Dated: July 10, 2007.

**Prepared by:**    Jennifer Moton
                    Law Clerk