# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# GENERAL

CASE NO.: CV-07-00007          DATE: July 12, 2007
CAPTION: Bank of Guam -vs- Bank of Hawaii

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Jennifer Moton      Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 10:37:42 - 10:49:02
CSO: F. Tenorio

**APPEARANCES:**

Counsel for Plaintiff(s)          Counsel for Defendant(s)
Anita Arriola          Elyze McDonald
Mark Cowan          Meredith Sayre

**PROCEEDINGS: Scheduling Conference**
- Ms. Arriola raised the issue regarding possible disqualification of the Court.
- Court to review the applicable statute(s) and set a status conference thereafter.
- Order to be prepared by: <u>Court</u>.

NOTES: