DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| BANK OF GUAM,<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF HAWAII,<br><br>    Defendant. | CIVIL CASE NO. 07-00007<br><br>ORDER |

On July 12, 2007, this case came before the below-signed Judge for a scheduling conference. At said conference, the Bank of Guam, the Plaintiff, informed the below-signed Judge that certain members of her family (her brother, mother and sister-in-law) held shares in the Bank of Guam. Pursuant to 28 U.S.C. § 455(a) the court finds there may be a perception that the court's impartiality may be questioned.[1] Accordingly, the below-signed Judge hereby disqualifies herself from the above proceeding.

SO ORDERED.

/s/ **Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Jul 23, 2007**

---

[1] Under 28 U.S.C. § 455(b)(5) the court is unclear whether her family members' interest could be substantially affected by the outcome of the proceeding at this time. However, in the interest of safeguarding the integrity of the court and impartiality of the proceedings, the court finds disqualification the prudent course of action.