AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

**Bank of Guam**

**NOTICE**

V.

**Bank of Hawaii**     CASE NUMBER: **CV-07-00007**

TYPE OF CASE:

    X    **CIVIL**      ☐   **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

Motion to Dismiss or Motion to Stay Complaint, or in the Alternative, Motion to Transfer Venue

**X TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>**Hagatna, GU 96910** | **Friday, August 10, 2007 at 9:30 a.m.** | **Tuesday, September 4, 2007 at 9:00 a.m.** |

**MARY L. M. MORAN, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**July 25, 2007**                                   /s/ Leilani R. Toves Hernandez
DATE                                                          (BY) DEPUTY CLERK

TO:     Anita Arriola, Esq.
          Elyze McDonald, Esq.

Case 1:07-cv-00007     Document 22     Filed 07/25/2007     Page 1 of 1