1

2

3

4

5

6

7                                    DISTRICT COURT OF GUAM

8                                      TERRITORY OF GUAM

9

10    BANK OF GUAM,                                    CIVIL CASE NO. 07-00007

11            Plaintiff,

12         vs.

13    BANK OF HAWAII,                                            NOTICE

14            Defendant.

15

16          In light of this court's disqualification from hearing this case, I HEREBY provide notice

17    to the parties that the case is assigned to Chief District Judge Alex R. Munson who has been

18    designated by the United States Court of Appeals for the Ninth Circuit to preside over any case

19    from which I must recuse myself.

20          SO ORDERED.

21

22                               /s/ Frances M. Tydingco-Gatewood
                                                            Chief Judge
23                                                     Dated: Jul 26, 2007

24

25

26

27

28