CARLSMITH BALL LLP

KATHERINE G. LEONARD
*(Admitted Pro Hac Vice)*
ELYZE J. MCDONALD
MEREDITH M. SAYRE
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813
Fax No. 671.477.4375

Attorneys for Defendant
BANK OF HAWAII



IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| BANK OF GUAM, a Guam banking corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BANK OF HAWAII, a Hawaii banking corporation,<br><br>　　　　Defendant.<br>―――――――――――――――――――<br>BANK OF HAWAII, a Hawaii banking corporation,<br><br>　　　　Counterclaimant,<br><br>vs.<br><br>BANK OF GUAM, a Guam banking corporation,<br><br>　　　　Counterclaim-Defendant. | CIVIL CASE NO. 07-00007<br><br>**DEFENDANT BANK OF HAWAII'S WITHDRAWAL OF MOTION TO DISMISS OR STAY COMPLAINT, OR IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE; DECLARATION OF SERVICE** |
Page 1 of 3
4814-6164-9409.1 010028-02707

ORIGINAL

## DEFENDANT BANK OF HAWAII'S WITHDRAWAL OF MOTION TO DISMISS OR STAY COMPLAINT, OR IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE

Defendant Bank of Hawaii, by and through its attorneys, Carlsmith Ball LLP, hereby withdraws its Motion to Dismiss, filed on May 1, 2007, and requests that the Court cancel the hearing on said Motion, currently scheduled for September 4, 2007, at 9:00 a.m.

DATED: Hagåtña, Guam, July 25, 2007.

CARLSMITH BALL LLP

_____
ELYZE J. MCDONALD

Attorneys for Defendant
BANK OF HAWAII

## DECLARATION OF SERVICE

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on July 25, 2007, I caused to be served, via hand delivery, a true and correct copy of DEFENDANT BANK OF HAWAII'S MOTION TO DISMISS OR STAY COMPLAINT, OR IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE upon Plaintiff's counsel of record as follows:

> ANITA P. ARRIOLA, ESQ.
> JOAQUIN C. ARRIOLA, ESQ.
> MARK E. COWAN, ESQ.
> Arriola, Cowan & Arriola
> 259 Martyr Street, Suite 201
> Hagåtña, Guam 96910
>
> Attorneys for Plaintiff
> BANK OF GUAM

Executed this 25th day of July, 2007 at Hagåtña, Guam.

_____
ELYZE J. MCDONALD