CARLSMITH BALL LLP

KATHERINE G. LEONARD
  *(Admitted Pro Hac Vice)*
MEREDITH M. SAYRE
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
BANK OF HAWAII



**FILED**
DISTRICT COURT OF GUAM
JUL 30 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| BANK OF GUAM, a Guam banking corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF HAWAII, a Hawaii banking corporation,<br><br>    Defendant. | CIVIL CASE NO. 07-00007<br><br>**AMENDED DECLARATION OF SERVICE** |
| BANK OF HAWAII, a Hawaii banking corporation,<br><br>    Counterclaimant,<br><br>vs.<br><br>BANK OF GUAM, a Guam banking corporation,<br><br>    Counterclaim-Defendant. | |

Page 1 of 2

4829-2231-7313.1.010028-02707



ORIGINAL

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on July 26, 2007, I served, via hand delivery, a true and correct copy of the following documents:

1. DEFENDANT BANK OF HAWAII'S ANSWER TO COMPLAINT FOR DAMAGES FILED APRIL 11, 2007;

2. COUNTERCLAIMANT BANK OF HAWAII'S COUNTERCLAIM; and

3. DEFENDANT BANK OF HAWAII'S WITHDRAWAL OF MOTION TO DISMISS OR STAY COMPLAINT, OR IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE

upon Plaintiff's counsel of record as follows:

ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, ESQ.
MARK E. COWAN, ESQ.
Arriola, Cowan & Arriola
259 Martyr Street, Suite 201
Hagåtña, Guam 96910

Attorneys for Plaintiff
BANK OF GUAM

Executed this 30th day of July, 2007 at Hagåtña, Guam.

*Elyze McDonald*
ELYZE J. MCDONALD