ANITA P. ARRIOLA
JOAQUIN C. ARRIOLA
MARK E. COWAN
JACQUELINE T. TERLAJE
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
AGANA, GUAM 96910
Telephone: (671) 477-9731/33
Telecopier: (671) 477-9734

Attorneys for Plaintiff Bank of Guam

**FILED**
DISTRICT COURT OF GUAM

AUG 1 5 2007

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| BANK OF GUAM, a Guam banking corporation, <br><br> Plaintiff, <br> vs. <br><br> BANK OF HAWAII, a Hawaii banking corporation, <br><br> Defendant. | CIVIL CASE NO. 07-0007 <br><br><br><br> CERTIFICATE OF SERVICE |

I, **ANITA P. ARRIOLA**, hereby certify that on August 15, 2007, I caused to be served the following: **REPLY TO COUNTERCLAIM** upon:

Elyze J.T. McDonald, Esq.
Carlsmith Ball LLP
Bank of Hawaii Bldg, Ste. 401
134 W. Soledad Ave.
Hagåtña, Guam 96910

Dated this 15th day of August, 2007.

_____
ANITA P. ARRIOLA