UNITED STATES DISTRICT COURT
FOR THE
TERRITORY OF GUAM

BANK OF GUAM, A Guam Banking Corporation,

    Plaintiff,

vs.,

BANK OF HAWAII, A Hawaii Banking Corporation,

    Defendants,

Civil Action No. 07-00007

<u>Case Management Scheduling Order</u>

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil procedure, and Local Rules 16.1 and 16.2, for the District of Guam, a Case Management Conference was conducted in the above case on September 4, 2007. As a result of the conference,

IT IS ORDERED THAT:

1. All parties are to be joined on or before May 14, 2008.

2. All motions to amend pleadings shall be filed on or before May 14, 2008.

3. All discovery shall be served by March 3, 2008.

4. All discovery motions shall be filed so as to be heard on or before April 17, 2008. The following discovery documents and proofs of service thereof shall <u>not</u> be filed with the Clerk until there is a motion or proceeding in which the document or proof of service is in issue and then <u>only</u> that part of the document which is in issue shall be filed with the Court:

    a. Transcripts of depositions upon oral examination;
    b. Transcripts of deposition upon written questions;
    c. Interrogatories;
    d. Answers or objections to interrogatories;

1

AO 72
(Rev. 8/82)

Case 1:07-cv-00007    Document 30    Filed 09/04/2007    Page 1 of 2

e. Requests for production of documents or to inspect tangible things;
f. Responses or objections to requests for production of documents or to inspect tangible things;
g. Requests for admission; and,
h. Responses of objections to requests for admission.

5. Expert disclosure by both parties - May 15, 2008.

6. Rebuttal expert disclosure by both parties - June 9, 2008.

7. Expert discovery shall be completed by July 7, 2008.

8. A status conference will be held on May 1, 2008, at 9:00 a.m.

9. All dispositive motions shall be heard on or before August 28, 2008. Said motions shall be filed in accordance with Local Rules 7.1.

10. A settlement conference will be held on September 12, 2008, at 9:00 a.m.

11. The jointly-prepared final pretrial order shall be filed with this Court by October 1, 2008.

12. The parties' pretrial materials, discovery material, witness lists, designations and exhibit lists shall be filed on or before October 10, 2008.

13. A final pretrial conference will be held on October 17, 2008, at 9:00 a.m.

14. The trial in this case shall begin on November 3, 2008, at 9:00 a.m.

DATED THIS 4th day of September, 2007, Garapan, Saipan, CNMI.

_____
JUDGE ALEX R. MUNSON

2