ANITA P. ARRIOLA
JOAQUIN C. ARRIOLA
MARK E. COWAN
JACQUELINE T. TERLAJE
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
AGANA, GUAM 96910
Telephone: (671) 477-9731/33
Telecopier: (671) 477-9734

Attorneys for Plaintiff Bank of Guam

**FILED**
DISTRICT COURT OF GUAM
NOV. - 6 2007
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| BANK OF GUAM, a Guam banking corporation, <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF HAWAII, a Hawaii banking corporation, <br><br> Defendant. | CIVIL CASE NO. CV07-00007 <br><br> **CERTIFICATE OF SERVICE** |

I, **ANITA P. ARRIOLA**, hereby certify that on November 6, 2007, I caused to be served by hand-delivery, **SUBPOENA** upon:

> Elyze J.T. McDonald, Esq.
> Carlsmith Ball LLP
> Bank of Hawaii Bldg, Ste. 401
> 134 W. Soledad Ave.
> Hagåtña, Guam 96910

Dated on this 6th day of November, 2007.

_____
ANITA P. ARRIOLA