CARLSMITH BALL LLP

KATHERINE G. LEONARD
*(Admitted Pro Hac Vice)*
ELYZE J. MCDONALD
MEREDITH M. SAYRE
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813
Fax No. 671.477.4375

Attorneys for Defendant
BANK OF HAWAII



FILED
DISTRICT COURT OF GUAM

NOV 2 1 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| BANK OF GUAM, a Guam banking corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>BANK OF HAWAII, a Hawaii banking corporation,<br><br>        Defendant. | CIVIL CASE NO. 07-00007<br><br>**DEFENDANT BANK OF HAWAII'S WITHDRAWAL OF SUBPOENA; DECLARATION OF SERVICE** |
| BANK OF HAWAII, a Hawaii banking corporation,<br><br>        Counterclaimant,<br><br>vs.<br><br>BANK OF GUAM, a Guam banking corporation,<br><br>        Counterclaim-Defendant. | |



ORIGINAL

Defendant Bank of Hawaii, by and through its attorneys, Carlsmith Ball LLP, hereby withdraws its Subpoena to the Federal Bureau of Investigation, filed with the Court on November 20, 2007 and served on the Federal Bureau of Investigation on November 14, 2007.

DATED: Hagåtña, Guam, November 21, 2007.

CARLSMITH BALL LLP

_____
MEREDITH M. SAYRE
ELYZE J. MCDONALD
Attorneys for Defendant
BANK OF HAWAII

## DECLARATION OF SERVICE

I, Meredith M. Sayre, hereby declare under penalty of perjury of the laws of the United States, that on November 21, 2007, I caused to be served, via hand delivery, a true and correct copy of DEFENDANT BANK OF HAWAII'S WITHDRAWAL OF SUBPOENA; DECLARATION OF SERVICE upon Plaintiff's counsel of record as follows:

> ANITA P. ARRIOLA, ESQ.
> JOAQUIN C. ARRIOLA, ESQ.
> MARK E. COWAN, ESQ.
> Arriola, Cowan & Arriola
> 259 Martyr Street, Suite 201
> Hagåtña, Guam 96910
>
> Attorneys for Plaintiff
> BANK OF GUAM

Executed this 21st day of November, 2007 at Hagåtña, Guam.

_____
MEREDITH M. SAYRE