FILED
DISTRICT COURT OF GUAM
DEC 2 7 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| BANK OF GUAM, a Guam banking corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF HAWAII, a Hawaii banking corporation,<br><br>Defendant. | CIVIL CASE NO. 07-00007<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; DECLARATION OF SERVICE** |
| BANK OF HAWAII, a Hawaii banking corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>BANK OF GUAM, a Guam banking corporation,<br><br>Counterclaim-Defendant. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between the parties, through their undersigned counsel, that the above-captioned action is hereby dismissed with prejudice, each party will bear their own attorney's fees and costs.

DATED: Hagåtña, Guam, December 27th, 2007.

>CARLSMITH BALL LLP

>_____
>ELYZE J. MCDONALD
>Attorneys for Defendant
>BANK OF HAWAII

DATED: Hagåtña, Guam, December 21, 2007.

>ARRIOLA, COWAN & ARRIOLA

>_____
>ANITA P. ARRIOLA
>Attorneys for Plaintiff
>BANK OF GUAM

Page 2 of 3
Case 1:07-cv-00007     Document 36     Filed 12/27/2007     Page 2 of 3

## **DECLARATION OF SERVICE**

I, Meredith M. Sayre, hereby declare under penalty of perjury of the laws of the United States, that on December 27, 2007, I caused to be served, via hand delivery, a true and correct copy of the STIPULATION FOR DISMISSAL; DECLARATION OF SERVICE upon Plaintiff's counsel of record as follows:

Anita P. Arriola, Esq.
Joaquin C. Arriola, Esq.
Mark E. Cowan, Esq.
ARRIOLA, COWAN & ARRIOLA
259 Martyr Street, Suite 201
Hagatna, Guam 96910

Attorneys for Plaintiff Bank of Guam

Executed this 27th day of December, 2007 at Hagatna, Guam.

> _____
> MEREDITH M. SAYRE