# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| BANK OF GUAM, a Guam banking corporation, | Civil Case No. 1:07-cv-00007 |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| BANK OF HAWAII, a Hawaii banking corporation, | |
| Defendant. | |
| BANK OF HAWAII, a Hawaii banking corporation, | |
| Counterclaimant, | |
| vs. | |
| BANK OF GUAM, a Guam banking corporation, | |
| Counterclaim-Defendant. | |

Judgment is hereby entered in accordance with the Stipulation for Dismissal With Prejudice filed on December 27, 2007.

Dated this 29th day of December 2007, Hagatna, Guam.

                                                              **/s/ Jeanne G. Quinata**
                                                                Clerk of Court