# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**
**671-473-9100**

| | |
|---|---|
| BANK OF GUAM, a Guam banking corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>BANK OF HAWAII, a Hawaii banking corporation,<br><br>    Defendant. | Case No. 1:07-cv-00007 |
| BANK OF HAWAII, a Hawaii banking corporation,<br><br>    Counterclaimant,<br><br>  vs.<br><br>BANK OF GUAM, a Guam banking corporation,<br><br>    Counterclaim-Defendant. | |

# NOTICE OF ENTRY

 **NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following judgment:

*Judgment filed December 29, 2007*
*Date of Entry:  December 29, 2007*

The original judgment is on file at the Clerk's Office of this court. The documents may be viewed at the Clerk's Office and are available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** December 29, 2007　　　　　　　　　　　　　　Clerk of Court
　　　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Jeanne G. Quinata**